# VULLINGS LAW GROUP, LLC

Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA  19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in  PA, NJ, NY & DC

bvullings@vullingslaw.com

January 23, 2017

**VIA ECF**
Honorable Legrome D. Davis
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

    Re:    William Schlichtig v. Enhanced Recovery Company, LLC, et. al.
              USDC, E.D. Pa., 2:16-cv-06431-LDD

Your Honor:

      Kindly be advised the above referenced matter has been recently settled as to both Defendants, namely, Enhanced Recovery Company, LLC and Comcast Cable Communications, LLC. We are waiting for circulation of the necessary paperwork in order to finalize the settlements.

      Thank you for your time in this matter.

                                      Sincerely,

                                      */s/ Brent F. Vullings*

                                      Brent F. Vullings, Esq.

BFV:fc