IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SCHLICHTIG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ENHANCED RECOVERY COMPANY, LLC, et al. | : | NO. 2:16-cv-6431 |

O R D E R

AND NOW, this 26th day of January 2017, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice. It is further ORDERED that all pending motions are DENIED as moot. The Clerk of Court is directed to statistically close this matter.

**KATE BARKMAN,** Clerk of Court

By: /s/ Mia Harvey
Mia Harvey
Civil Deputy to Judge Legrome D. Davis